| | |
|---|---|
| 1 | McNULTY LAW FIRM |
| 2 | 827 Moraga Drive<br>Bel Air, California 90049 |
| 3 | Telephone: (310) 471-2707<br>Facsimile: (310) 472-7014 |
| 4 | Peter J. McNulty, Esq./SBN: 89660 |
| 5 | LAW OFFICES OF CARL McMAHAN |
| 6 | 11355 West Olympic Boulevard, Suite 100<br>Los Angeles, California 90064 |
| 7 | Telephone: (310) 479-8827<br>Facsimile: (310) 479-7226 |
| 8 | Carl A. McMahan, Esq./SBN: 108551 |
| 9 | **Attorneys for Plaintiffs and the Classes** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LISA STUART and SCOTT STUART, for themselves and as class representative of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER, LLC<br><br>Defendants. | ) CASE NO.: 1:08-CV-00632-OWW-GSA<br>)<br>) **PLAINTIFFS' ASSENTED-TO MOTION**<br>) **TO EXTEND THE TIME TO FILE A**<br>) **RESPONSE TO DEFENDANT'S**<br>) **MOTION TO DISMISS; ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

The Plaintiffs hereby move this Court to extend the time to file a response to Defendant's pending Motion to Dismiss. The date in which Plaintiffs shall file a response shall be extended to September 23, 2008. Further, Defendant's pending Motion to Dismiss hearing date of September 15, 2008, that is presently on the Court's calendar, shall be continued for three weeks or as soon thereafter as possible.

-1-
**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com

Defendant has assented to this motion.  A confirmatory email is attached hereto as Exhibit "A."

Dated: August 29, 2008                          Respectfully submitted,
                                                McNULTY LAW FIRM


                                                 /s/ Peter J. McNulty
                                                Peter J. McNulty, Esquire
                                                McNulty Law Firm
                                                827 Moraga Dr.
                                                Los Angeles, CA 90049
                                                Telephone: (310) 471-2707
                                                Facsimile: (310) 472-7014

                                                Randal R. Kelly, Esquire
                                                Kirk D. Tresemer, Esquire
                                                Darren A. Natvig, Esquire
                                                Irwin & Boesen, PC
                                                501 S. Cherry St., Suite 500
                                                Denver, CO 80246
                                                Telephone: (303) 320-1911
                                                Facsimile: (303) 320-1915

                                                Gary S. Graifman, Esquire
                                                Michael L. Braunstein, Esquire
                                                Kantrowitz, Goldhamer & Graifman
                                                210 Summit Avenue
                                                Montvale, New Jersey 07645
                                                Telephone: (201) 391-7000
                                                Facsimile: (201) 307-1086
                                                *Pro Hac Vice* applications to be filed

                                                Gary E. Mason, Esquire
                                                The Mason Law Firm, L.L.P.
                                                1225 19th Street, NW, Suite 500
                                                Washington, D.C. 20038
                                                Telephone:  (202) 429-2290
                                                Facsimile:   (202) 429-2294
                                                *Pro Hac Vice* applications to be filed

                                                Steven L. Bloch, Esquire
                                                Peter R. Kahana, Esquire
                                                Berger & Montague, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103

-2-

**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com

Telephone: (215) 875-3000
Facsimile: (215) 875-5707
*Pro Hac Vice* applications to be filed

Jonathan H. Waller. Esquire
Waller Law Office
2140 11th Avenue South, Suite 222
Birmingham, AL 35205
Telephone: (205) 933-5421
Facsimile: (205) 933-5451
*Pro Hac Vice* applications to be filed

Andreas N. Akaras, Esquire
The Akaras Law Offices
4423 Lehigh Road, #308
College Park, MD 20740
Telephone: (301) 864-7763
Facsimile: (301) 864-7838
*Pro Hac Vice* applications to be filed

Alexander E. Barnett, Esquire
The Mason Law Firm, L.L.P.
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227
*Pro Hac Vice* applications to be filed

***Attorneys for Plaintiffs and the Classes***

 /s/ James L. Nelson
Sedgwick, Detert, Moran & Arnold
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant, Chrysler LLC

-3-
**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Plaintiffs shall now file a response to Defendant's Motion to Dismiss by September 23, 2008. Further, the hearing on Defendant's pending Motion to Dismiss, currently scheduled for September 15, 2008, shall be continued to October 6, 2008, or as soon thereafter as the Court's schedule permits. .

IT IS SO ORDERED.

DATED: August 28, 2008                    By: /s/ OLIVER W. WANGER
                                                                    Hon. Oliver W. Wanger

-4-
**PLAINTIFFS' ASSENTED-TO MOTION**

PDF created with pdfFactory trial version www.pdffactory.com