SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
JAMES L. NELSON  Bar No. 181256
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

SEDGWICK, DETERT, MORAN & ARNOLD LLP
ANTHONY ANSCOMBE  Bar No. 135883
One North Wacker Drive, Suite 4200
Chicago, Illinois, 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

Attorneys for Defendant,
CHRYSLER LLC (formerly Daimler Chrysler Corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LISA STUART and SCOTT STUART, for themselves and as class representative of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>DAIMLERCHRYSLER CORP., and CHRYSLER, LLC<br><br>Defendants. | CASE NO. 1:08-CV-00632-OWW-GSA<br><br>**STIPULATION RE TIME TO FILE RESPONSE TO THE FIRST AMENDED COMPLAINT AND ORDER** |

IT IS HEREBY STIPULATED by and between counsel for plaintiffs Lisa and Scott Stuart, John Darago and Patricia Heinen, and Mike Potter, and counsel for defendants Chrysler LLC (formerly Daimler Chrysler Corporation) that Chrysler LLC will have up to and including Thursday, October 23, 2008, to respond to the plaintiffs' First Amended complaint which was filed on September 23, 2008.  No prior extensions have been offered, or given, with respect to this First Amended Complaint.  With respect to the Stuart plaintiffs' previous original complaint,

-1-   CASE NO. 1:08-CV-00632-OWW-GSA
STIPULATION RE TIME FOR RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

1  one brief extension of time was agreed upon between the parties.

2  Dated: September 30, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

4                                            /s/ James L. Nelson
                                             801 South Figueroa Street, 19th Floor
5                                            Los Angeles, California 90017-5556
                                             Telephone: (213) 426-6900
6                                            Facsimile: (213) 426-6921

7                                            Attorneys for Defendant, Chrysler LLC

8  Dated: September 30, 2008                McNULTY LAW FIRM

10                                            /s/ Randal R. Kelly
                                             Peter J. McNulty, Esquire
11                                           McNulty Law Firm
                                             827 Moraga Dr.
12                                           Los Angeles, CA 90049
                                             Telephone: (310) 471-2707
13                                           Facsimile: (310) 472-7014

15                                           Randal R. Kelly, Esquire
                                             Kirk D. Tresemer, Esquire
16                                           Darren A. Natvig, Esquire
                                             Irwin & Boesen, PC
17                                           501 S. Cherry St., Suite 500
                                             Denver, CO 80246
18                                           Telephone: (303) 320-1911
                                             Facsimile: (303) 320-1915

20                                           Gary S. Graifman, Esquire
                                             Michael L. Braunstein, Esquire
21                                           Kantrowitz, Goldhamer & Graifman
                                             210 Summit Avenue
22                                           Montvale, New Jersey 07645
                                             Telephone: (201) 391-7000
23                                           Facsimile: (201) 307-1086
                                             *Pro Hac Vice* applications to be filed

25                                           Gary E. Mason, Esquire
                                             The Mason Law Firm, L.L.P.
26                                           1225 19th Street, NW, Suite 500
                                             Washington, D.C. 20038
27                                           Telephone: (202) 429-2290

-2-        CASE NO. 1:08-CV-00632-OWW-GSA
STIPULATION RE TIME FOR RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

Facsimile:   (202) 429-2294
*Pro Hac Vice* applications to be filed

Steven L. Bloch, Esquire
Peter R. Kahana, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-5707
*Pro Hac Vice* applications to be filed

Jonathan H. Waller. Esquire
Waller Law Office
2140 11th Avenue South, Suite 222
Birmingham, AL 35205
Telephone: (205) 933-5421
Facsimile: (205) 933-5451
*Pro Hac Vice* applications to be filed

Andreas N. Akaras, Esquire
The Akaras Law Offices
4423 Lehigh Road, #308
College Park, MD 20740
Telephone: (301) 864-7763
Facsimile: (301) 864-7838
*Pro Hac Vice* applications to be filed

Alexander E. Barnett, Esquire
The Mason Law Firm, L.L.P.
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227
*Pro Hac Vice* applications to be filed

***Attorneys for Plaintiffs and the Classes***

# ORDER

Pursuant to the Stipulation of counsel, Defendant Chrysler LLC (formerly Daimler Chrysler Corporation) will have up to and including Thursday, October 23, 2008, to respond to the plaintiffs' First Amended Complaint.

IT IS SO ORDERED.


DATED: September 30, 2008          By: /s/ Gary S. Austin
                                        The Honorable Gary S. Austin
                                        United States Magistrate Judge